No. 24-10389

In the
United States Court of Appeals
for the Eleventh Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

PHILLIP WASSERMAN,
*Defendant-Appellant*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 8:20-CR-207-CEH-NHA-1

# UNITED STATES' OPPOSITION TO APPELLANT'S MOTION TO CONSOLIDATE

GREGORY W. KEHOE
United States Attorney

HOLLY L. GERSHOW
Assistant United States Attorney
Deputy Chief, Appellate Division
Florida Bar No. 98960
400 N. Tampa St., Ste 3200
Tampa, FL 33602
(813) 274-6000

September 3, 2026

In the United States Court of Appeals
for the Eleventh Circuit

---

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v. No. 24-10389

PHILLIP WASSERMAN,
*Defendant-Appellant*

---

**United States' Opposition to Appellant's Motion to Consolidate**

The United States opposes Phillip Wasserman's motion to consolidate this appeal with Appeal No. 26-11188 because this Court has stayed that appeal pending the resolution of this appeal. *See id.*, Doc. 15.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *s/ Holly L. Gershow*
HOLLY L. GERSHOW
Assistant United States Attorney
Deputy Chief, Appellate Division
Florida Bar No. 98960
400 N. Tampa St., Ste 3200
Tampa, FL 33602
(813) 274-6000
holly.gershow@usdoj.gov

## Certificate of Compliance with Type-Volume Limitation

This response, which contains 40 countable words, complies with Fed. R. App. P. 27(d)(2)(A) and Fed. R. App. P. 32(a)(5), (6).

## Certificate of Service

I certify that on September 3, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

WILLIAM F. SANSONE, ESQ.
*Counsel for Phillip Wasserman*

*s/ Holly L. Gershow*
HOLLY L. GERSHOW
Assistant United States Attorney